# Fw: Constructive Discharge

Derick Eubanks <deubanks@VitalCoreHS.com>
Wed 2/15/2023 10:55 AM
To: Bridget Gardner-Davis <bgardner-davis@VitalCoreHS.com>

FYI

***Derick Eubanks BSN, RN***
*Health Services Administrator*

P: (601)- 932-2880 ext. 6393
F: (601)-932-3984
E: DEubanks@VitalCorehs.com

---

**From:** Lisa Crawford <LCrawford@VitalCoreHS.com>
**Sent:** Friday, February 3, 2023 4:48 AM
**To:** Derick Eubanks <deubanks@VitalCoreHS.com>
**Subject:** Constructive Discharge

Get Outlook for iOS

---

**From:** Lisa Crawford <lmc.23@icloud.com>
**Sent:** Friday, February 3, 2023 4:39 AM
**To:** Lisa Crawford <LCrawford@VitalCoreHS.com>
**Subject:** Constructive Discharge

Dear Nurse Eubanks,
I really do not want to write a resignation letter but due to a hostile work environment at Central Mississippi Correctional facility. I have suffered harassment, verbal and attempted physical abuse from Certified Medical Assistant Ms.Rogers and neglect from Vital Core HS to stop it. I have reported these incidents numerous of times.The first incident was reported to Human Resources regarding the harassments. I reported that Certified Medical Assistant Ms.Rogers put her physical body on me by pushing against me with her body. She continues to come to the same area as I am every day that I work, is still harassing me .These actions from vital core and CMCF leaves me with no choice but to resign. I have the right to feel safe at the workplace. I really enjoyed being a Licensed Practical Nurse at the facility until it became a hostile work environment. I have suffered chronic harassment ,and racial discrimination .This is causing me unnecessary stress, causing me health issues, Please accept this as my formal letter of resignation.

Nurse Crawford