```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION
```

LISA CRAWFORD                                                    PLAINTIFF

V.                                                      3:23-cv-140-TSL-MTP

VITALCORE HEALTH STRATEGIES, LLC., ET AL.                        DEFENDANT

## JUDGMENT

This cause comes before the court <u>sua sponte</u> for dismissal, plaintiff and defendant VitalCore Health Strategies having announced that they have reached a compromise and settlement of all pending claims in this matter and the court having previously dismissed defendant Mississippi Department of Corrections/Central Mississippi Correctional Facility. Accordingly, as the court is desirous of removing this matter from its docket,

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action be, and it is hereby dismissed with prejudice as to all parties.

SO ORDERED AND ADJUDGED this 22nd day of November, 2024.

```
                                      /s/ Tom S. Lee
                                      UNITED STATES DISTRICT JUDGE
```